Submitted December 17, 2020; portion of judgment imposing $100 bench probation fee reversed, remanded for resentencing, otherwise affirmed May 19, 2021

**STATE OF OREGON,**
*Plaintiff-Respondent,*

*v.*

**ERICK WAYNE DEPRATI,**
*Defendant-Appellant.*

Lane County Circuit Court
15CR37302; A171806

487 P3d 58

Charles M. Zennaché, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Stacy M. Du Clos, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Portion of judgment imposing $100 bench probation fee reversed; remanded for resentencing; otherwise affirmed.

**PER CURIAM**

Appealing a judgment of conviction for driving under the influence of intoxicants, ORS 813.010, defendant contends that the trial court erroneously terminated diversion and entered judgment pursuant to his plea. For the reasons stated in *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021), ORS 138.105(5) bars review of that contention. Defendant also assigns error to the imposition of a $100 bench probation fee without announcing it in open court at sentencing. The state correctly concedes the error. *State v. Baccaro*, 300 Or App 131, 137, 452 P3d 1022 (2019).

Portion of judgment imposing $100 bench probation fee reversed; remanded for resentencing; otherwise affirmed.